DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE CITY OF CORAL SPRINGS,**
Appellant,

v.

**THE NORTH BROWARD HOSPITAL DISTRICT,**
d/b/a **BROWARD HEALTH,**
Appellee.

No. 4D14-2351

[June 10, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 12028997 (25).

John J. Hearn, City Attorney and Sherry Whitacre, Deputy City Attorney, City Attorney's Office, Coral Springs, for appellant.

John Herin and Jeffrey T. Kuntz of GrayRobinson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See N. Port Rd. & Drainage Dist. v. W. Villages Improvement Dist.*, 82 So. 3d 69 (Fla. 2012).

STEVENSON, GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***